

FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0196

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0196

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DUSTIN LEE LEGARE,

Defendant and Appellant.

FILED

APR 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for the Appellant Dustin Lee Legare filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Legare was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude there are no arguments with potential legal merit that could be raised in Legare's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Legare personally.

DATED this 27 day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices